**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1870**

In re:  ROBERT BOVE,

        Petitioner.

On Petition for Writ of Mandamus.  (3:11-cr-00104-RJC-DSC-1; 3:15-cv-00204-RJC)

Submitted:  September 28, 2017              Decided:  October 2, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Robert Bove, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Bove petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion, as well as his pro se motion for discovery. Bove seeks an order from this court directing the district court to act, and he has filed an application to proceed in forma pauperis. Our review of the district court's docket reveals that the district court recently denied Bove's motions. Accordingly, although we grant Bove's application to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*